UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST DUGAR III,

    Plaintiff,

v.

CONTRA COSTA COUNTY SHERIFF DEPT., et al.,

    Defendants.
_____/

Case Number: 3:14-cv-03426 EDL

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

You are hereby notified that the Case Management Conference previously scheduled for October 28, 2014 at 10:00 a.m. is continued to October 28, 2014 at 3:00 p.m. Deadlines associated with the Case Management Conference shall remain the same.

Dated: August 11, 2014

                                            ELIZABETH D. LAPORTE
                                            United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST DUGAR III,

    Plaintiff,

v.

CONTRA COSTA COUNTY SHERIFF DEPT., et al.,

    Defendants.
_____/

Case Number: 3:14-cv-03426 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto Dugar, III
1455 85th Avenue
Oakland, CA 94621

Dated: August 11, 2014

                                        Richard W. Wieking, Clerk

                                        By: /s/ Stephen Ybarra
                                             Deputy Clerk